# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Rondevoo Technologies, LLC,**  Plaintiff,  v.  **Nokia Corporation et al.,**  Defendant. | Case No. 1:19-cv-00595  Patent Case |

**PLAINTIFF RONDEVOO'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rondevoo Technologies, LLC hereby dismisses this action (against all Defendants) **without prejudice**. Defendants have not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 19, 2019

Respectfully submitted,

*/s/ Timothy Devlin*
Timothy Devlin
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
302.449.9010
302.353.4251
tdevlin@devlinlawfirm.com

Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Rondevoo Technologies, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 19, 2019, via the Court's CM/ECF system.

*/s/ Timothy Devlin*
Timothy Devlin

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE