# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Rondevoo Technologies, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Nokia Corporation**, **Nokia of America Corporation**, and **HMD Global Corporation,**<br><br>    Defendant. | Case No. 1:19-cv-00595-MN<br><br>Patent Case |

## STIPULATED ORDER OF DISMISSAL UNDER FRCP 41(a)(2)

Upon the joint motion of Plaintiff Rondevoo Technologies, LLC ("Rondevoo") and Defendant HMD Global Oy ("HMD") the Court hereby VACATES its June 20, 2019 Order of Dismissal (D.I. 5) as to HMD only, and ORDERS as follows:

All claims brought against HMD are hereby DISMISSED without prejudice. Pursuant to D. Del. LR 54.1, HMD is deemed the prevailing party in this matter as to costs and Rondevoo shall bear HMD's costs for the purchase of one file wrapper for the patent-in-suit at the rate of $305.00 charged by the Patent Office, in total. Rondevoo and HMD shall each bear their own attorneys' fees.

SO ORDERED this __3rd__ day of __July__, 2019.

_____
The Honorable Maryellen Noreika
United States District Judge